Order Filed on May 27, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey

UNITED STATED BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption is in Compliance with D.N.J.L.BR. 9004-1

LAVIN, CEDRONE, GRAVER, BOYD & DISIPIO
1300 Route 73, Suite 307
Mt. Laurel, New Jersey 08054
(856) 778-5544
Attorneys for Ally Capital
rcohen@lavin-law.com

*In Re:*

KIMBERLY MITCHELL

           Debtor

Case No.: 21-11650(JKS)

Hearing Date: N/A

Judge: John K. Sherwood

Chapter: 13

### CONSENT ORDER RESOLVING OBJECTION OF SECURED CREDITOR, ALLY CAPITAL TO THE CHAPTER 13 PLAN

The relief set forth on the following page, numbered two (2) is hereby ORDERED.

**DATED: May 27, 2021**

_____
Honorable John K. Sherwood
United States Bankruptcy Court

(Page 2)

Debtor: Kimberly Mitchell
Case No.: 21-11650(JKS)
Caption of Order:  CONSENT ORDER RESOLVING OBJECTION OF SECURED CREDITOR, ALLY CAPITAL TO THE CHAPTER 13 PLAN

This Consent Order is entered into by and between the Debtor Kimberly Mitchell, by and through their counsel, Alphonse DeSimone, Esquire, and the Law Offices of Alphonse DeSimone and Ally Capital, by and through its counsel, Regina Cohen, Esquire and the Law Offices of Lavin, Cedrone, Graver, Boyd & Disipio, in order to resolve Ally Capital's Objection to Confirmation filed with this Court on April 7, 2021.

It is hereby stipulated and agreed by and between Debtor and Ally Capital as follows:

**ORDERED** that the Debtor shall pay to Ally Capital $26,500.00 plus interest at the rate of 6.0%, for a total of $30,739.15 through the plan for the 2018 BMW XI, VIN: WBXHT3C35J5K21389 and it is further

**ORDERED** that the Trustee is authorized to pay Ally Capital the amount of $30,739.15 over the remaining life of the plan; and it is further

**ORDERED** that the Secured Creditor shall retain its lien until discharge, in accordance with 11 U.S.C. 1325(a).

/s/ Regina Cohen
Regina Cohen, Esquire
Attorney for Ally Capital

/s/ Alphonse DeSimone
Alphonse DeSimone, Esquire
Attorney for Debtor

2248465v1