Order Filed on May 27, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey

UNITED STATED BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption is in Compliance with D.N.J.L.BR. 9004-1

LAVIN, CEDRONE, GRAVER, BOYD & DISIPIO
1300 Route 73, Suite 307
Mt. Laurel, New Jersey 08054
(856) 778-5544
Attorneys for Ally Capital
rcohen@lavin-law.com

*In Re:*

KIMBERLY MITCHELL

                Debtor

Case No.: 21-11650(JKS)

Hearing Date: N/A

Judge: John K. Sherwood

Chapter: 13

**CONSENT ORDER RESOLVING OBJECTION OF SECURED CREDITOR, ALLY CAPITAL TO THE CHAPTER 13 PLAN**

The relief set forth on the following page, numbered two (2) is hereby ORDERED.

**DATED: May 27, 2021**

_____
Honorable John K. Sherwood
United States Bankruptcy Court

(Page 2)

Debtor:  Kimberly Mitchell
Case No.:  21-11650(JKS)
Caption of Order:  CONSENT ORDER RESOLVING OBJECTION OF SECURED CREDITOR, ALLY CAPITAL TO THE CHAPTER 13 PLAN

This Consent Order is entered into by and between the Debtor Kimberly Mitchell, by and through their counsel, Alphonse DeSimone, Esquire, and the Law Offices of Alphonse DeSimone and Ally Capital, by and through its counsel, Regina Cohen, Esquire and the Law Offices of Lavin, Cedrone, Graver, Boyd & Disipio, in order to resolve Ally Capital's Objection to Confirmation filed with this Court on April 7, 2021.

It is hereby stipulated and agreed by and between Debtor and Ally Capital as follows:

**ORDERED** that the Debtor shall pay to Ally Capital $26,500.00 plus interest at the rate of 6.0%, for a total of $30,739.15 through the plan for the 2018 BMW XI, VIN: WBXHT3C35J5K21389 and it is further

**ORDERED** that the Trustee is authorized to pay Ally Capital the amount of $30,739.15 over the remaining life of the plan; and it is further

**ORDERED** that the Secured Creditor shall retain its lien until discharge, in accordance with 11 U.S.C. 1325(a).

| | |
|---|---|
| /s/ Regina Cohen | /s/ Alphonse DeSimone |
| Regina Cohen, Esquire | Alphonse DeSimone, Esquire |
| Attorney for Ally Capital | Attorney for Debtor |

2248465v1

United States Bankruptcy Court

District of New Jersey

In re:  
Kimberly Mitchell  
    Debtor

Case No. 21-11650-JKS  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 1  
Date Rcvd: May 27, 2021     Form ID: pdf903     Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol**   **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 29, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Kimberly Mitchell, 30 Carrington Place, Clifton, NJ 07013-2659 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: May 29, 2021     Signature:     /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 27, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Alphonse DeSimone | on behalf of Debtor Kimberly Mitchell AlphonseD@comcast.net r46452@notify.bestcase.com |
| Denise E. Carlon | on behalf of Creditor MIDFIRST BANK dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Regina Cohen | on behalf of Creditor Ally Capital rcohen@lavin-law.com ksweeney@lavin-law.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5