Form ntchrgbk

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 21−11650−JKS
Chapter: 13
Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Kimberly Mitchell
   30 Carrington Place
   Clifton, NJ 07013

Social Security No.:
   xxx−xx−1052

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

on 8/12/21 at 10:00 AM

to consider and act upon the following:

*29* − Motion to Approve Loan Modification with MidFirst Bank Filed by Alphonse DeSimone on behalf of Kimberly Mitchell. Objection deadline is 07/6/2021. (Attachments: # 1 Certification in Support of Motion # 2 Exhibit Preliminary Loan Modification Agreement # 3 Certificate of Service # 4 Proposed Order Approving Loan Modification) (DeSimone, Alphonse)

*31* − Certification in Opposition to Motion to Approve Loan Midification (related document:29 Motion to Approve Loan Modification with MidFirst Bank Filed by Alphonse DeSimone on behalf of Kimberly Mitchell. Objection deadline is 07/6/2021. (Attachments: # 1 Certification in Support of Motion # 2 Exhibit Preliminary Loan Modification Agreement # 3 Certificate of Service # 4 Proposed Order Approving Loan Modification) filed by Debtor Kimberly Mitchell) filed by Rebecca Ann Solarz on behalf of MIDFIRST BANK. (Attachments: # 1 Certificate of Service) (Solarz, Rebecca)

Dated: 7/7/21

Jeanne Naughton
Clerk, U.S. Bankruptcy Court