| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Caption in Compliance with D.N.J. LBR 9004-2(c)<br>Marie-Ann Greenberg MAG-1284<br>Marie-Ann Greenberg, Standing Trustee<br>30 TWO BRIDGES ROAD<br>SUITE 330<br>FAIRFIELD, NJ  07004-1550<br>973-227-2840<br>Chapter 13 Standing Trustee | |
| IN RE:<br><br>KIMBERLY MITCHELL | Case No.:  21-11650<br>Adv. No.:<br>Hearing Date:<br>Judge:  JKS |

## CERTIFICATION OF SERVICE

1. I, Jackie Michaels, am a paralegal for Marie-Ann Greenberg, Chapter 13 Standing Trustee in the above captioned matter.

2. On, 11/19/2021, I sent a copy of the following pleadings and/or documents to the parties listed below:

**Certification of Default**

3. I hearby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Debtor:
KIMBERLY MITCHELL
30 CARRINGTON PLACE
CLIFTON, NJ  07013
Mode of Service:  Regular Mail

Attorney for Debtor(s):
ALPHONSE DESIMONE
LAW OFFICES OF ALPHONSE DE SIMONE
195 ROUTE 46 WEST
SUITE 6
TOTOWA, NJ  07512
Mode of Service:  Notice of Electronic Filing (NEF)

Dated:  November 19, 2021

By:  /S/  Jackie Michaels
       Jackie Michaels