Form ntchrgbk

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey  
MLK Jr Federal Building  
50 Walnut Street  
Newark, NJ 07102

Case No.: 21−11650−JKS  
Chapter: 13  
Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):  
  Kimberly Mitchell  
  30 Carrington Place  
  Clifton, NJ 07013

Social Security No.:  
  xxx−xx−1052

Employer's Tax I.D. No.:

---

**NOTICE OF HEARING**

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

on 2/10/22 at 10:00 AM

to consider and act upon the following:

*46* − Motion to Approve Loan Modification with Midland Mortgage − Midfirst Bank Filed by Alphonse DeSimone on behalf of Kimberly Mitchell. Objection deadline is 01/28/2022. (Attachments: # 1 Certification in support # 2 Exhibit Modification Agreement # 3 Proposed Order # 4 Certificate of Service) (DeSimone, Alphonse)

*50* − Limited Objection to (related document:46 Motion to Approve Loan Modification with Midland Mortgage − Midfirst Bank Filed by Alphonse DeSimone on behalf of Kimberly Mitchell. Objection deadline is 01/28/2022. (Attachments: # 1 Certification in support # 2 Exhibit Modification Agreement # 3 Proposed Order # 4 Certificate of Service) filed by Debtor Kimberly Mitchell) filed by Denise E. Carlon on behalf of MIDFIRST BANK. (Attachments: # 1 Certificate of Service) (Carlon, Denise)

Dated: 1/28/22

Jeanne Naughton  
Clerk, U.S. Bankruptcy Court