Form 185 − ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 21−11650−JKS
Chapter: 13
Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Kimberly Mitchell
   30 Carrington Place
   Clifton, NJ 07013

Social Security No.:
   xxx−xx−1052

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on January 14, 2022.

On 5/10/22 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable John K. Sherwood on:

Date:               June 23, 2022
Time:              08:30 AM
Location:       Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: May 10, 2022
JAN: wdh

                                                                                                     Jeanne Naughton
                                                                                                     Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                                               Case No. 21-11650-JKS

Kimberly Mitchell                                                                       Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2                                    User: admin                                    Page 1 of 4
Date Rcvd: May 10, 2022                         Form ID: 185                                  Total Noticed: 56

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 12, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Kimberly Mitchell, 30 Carrington Place, Clifton, NJ 07013-2659 |
| 519126401 | + | ADT Security Services, PO Box 371967, Pittsburgh, PA 15250-7967 |
| 519126402 | + | ADT Security Services, Inc., PO Box 96175, Las Vegas, NV 89193-6175 |
| 519186246 | + | Celentano Staudmauer & Walentowicz, PO Box 2594, Clifton, NJ 07015-2594 |
| 519126417 | + | Geico, One Geico Center, Macon, GA 31296-0001 |
| 519186245 | + | Hackensack University Medical Center, 30 Prospect Avenue, Hackensack, NJ 07601-1915 |
| 519135066 | + | Law Office of Paul L. Marks, P.L.L.C., 299 North Plank Rd Ste 104, Newburgh, NY 12550-1787 |
| 519126421 | + | National Credit Mgmt, Attn: Bankruptcy, Po Box 32900, Saint Louis, MO 63132-8900 |
| 519126425 | + | New York University Dental School, 345 1st Avenue, New York, NY 10010-5611 |
| 519126427 | | Public Service Electric & Gas, PO Box 14104, New Brunswick, NJ 08906 |
| 519135067 | + | Sanjeev Kaul, MD, Law Office of Paul L. Marks, P.L.L.C., 299 North Plank Rd Ste 104, Newburgh, NY 12550-1787 |
| 519186247 | | Wilkin Association, PO Box 15410, Wilmington, DE 19850-5410 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | May 10 2022 20:38:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | May 10 2022 20:38:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | | Email/Text: ally@ebn.phinsolutions.com | May 10 2022 20:37:00 | Ally Capital, serviced by Ally Servicing LLC, PO Box 130424, Roseville, MN 55113-0004 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | May 10 2022 20:45:33 | Ally Capital, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519142319 | | Email/Text: GUARBKe-courtdocs@ascendiumeducation.org | May 10 2022 20:37:00 | Ascendium Education Solutions, Inc, PO Box 8961, Madison WI 53708-8961 |
| 519126403 | + | Email/Text: backoffice@affirm.com | May 10 2022 20:38:00 | Affirm Inc, Affirm Incorporated, Po Box 720, San Francisco, CA 94104-0720 |
| 519141619 | | Email/Text: ally@ebn.phinsolutions.com | May 10 2022 20:37:00 | Ally Capital, PO Box 130424, Roseville MN 55113-0004 |
| 519255474 | + | Email/PDF: acg.acg.ebn@aisinfo.com | May 10 2022 20:45:26 | Ally Capital, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 519126404 | + | Email/Text: ally@ebn.phinsolutions.com | May 10 2022 20:37:00 | Ally Financial, Attn: Bankruptcy, Po Box 380901, Bloomington, MN 55438-0901 |
| 519126405 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | May 10 2022 20:37:00 | AmeriCredit/GM Financial, Attn: Bankruptcy, Po Box 183853, Arlington, TX 76096-3853 |
| 519130169 | | Email/PDF: resurgentbknotifications@resurgent.com | May 10 2022 20:45:28 | Ashley Funding Services, LLC, Resurgent Capital |

Case 21-11650-JKS    Doc 65    Filed 05/12/22    Entered 05/13/22 00:11:39    Desc Imaged
                        Certificate of Notice    Page 3 of 5

| District/off: 0312-2 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: May 10, 2022 | Form ID: 185 | Total Noticed: 56 |

| | | | | |
|---|---|---|---|---|
| | | | | Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519126406 | + | Email/Text: creditcardbkcorrespondence@bofa.com | May 10 2022 20:37:00 | Bank of America, 4909 Savarese Circle, Fl1-908-01-50, Tampa, FL 33634-2413 |
| 519151040 | + | Email/Text: mortgagebkcorrespondence@bofa.com | May 10 2022 20:37:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 519126407 | + | Email/Text: BarclaysBankDelaware@tsico.com | May 10 2022 20:37:00 | Barclays Bank Delaware, Attn: Correspondence, Po Box 8801, Wilmington, DE 19899-8801 |
| 519126410 | + | Email/Text: ering@cbhv.com | May 10 2022 20:38:00 | CBHV, PO Box 831, Newburgh, NY 12551-0831 |
| 519126408 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 10 2022 20:45:31 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 519126409 | + | Email/PDF: acg.coaf.ebn@aisinfo.com | May 10 2022 20:45:27 | Capital One Auto Finance, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 519142255 | + | Email/PDF: ebn_ais@aisinfo.com | May 10 2022 20:45:39 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519126413 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | May 10 2022 20:38:00 | Comenity Bank/Overstock, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 519126414 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | May 10 2022 20:38:00 | Comenity Bank/Pier 1, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 519126415 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | May 10 2022 20:38:00 | Comenity Bank/Wayfair, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 519126412 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | May 10 2022 20:38:00 | Comenity bank/J Crew, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 519126416 | + | Email/PDF: creditonebknotifications@resurgent.com | May 10 2022 20:45:33 | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 519126417 | ^ | MEBN | May 10 2022 20:34:13 | Geico, One Geico Center, Macon, GA 31296-0001 |
| 519126418 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | May 10 2022 20:37:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 519203471 | | Email/Text: JCAP_BNC_Notices@jcap.com | May 10 2022 20:38:00 | Jefferson Capital Systems, LLC, PO Box 7999, St Cloud, MN. 56302-9617 |
| 519126411 | | Email/PDF: ais.chase.ebn@aisinfo.com | May 10 2022 20:45:31 | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850 |
| 519134817 | | Email/Text: legaldivision@kheaa.com | May 10 2022 20:37:00 | KHEAA, P.O. BOX 798, FRANKFORT KY 40602-0798 |
| 519130168 | | Email/PDF: resurgentbknotifications@resurgent.com | May 10 2022 20:45:39 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519186248 | + | Email/Text: micnjbd@gmail.com | May 10 2022 20:38:00 | Medical Imaging Center of North Jersey, 1111 Paulison Avenue, Clifton, NJ 07011-3600 |
| 519164102 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | May 10 2022 20:45:31 | MidFirst Bank, 999 NorthWest Grand Boulevard, Oklahoma City, OK 73118-6051 |
| 519126419 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | May 10 2022 20:45:31 | MidFirst Bank, PO Box26648, Oklahoma City, OK 73126-0648 |
| 519126420 | + | Email/Text: nsm_bk_notices@mrcooper.com | May 10 2022 20:37:00 | Mr. Cooper, Attn: Bankruptcy, 8950 Cypress Waters Blvd, Coppell, TX 75019-4620 |
| 519126422 | + | Email/PDF: pa_dc_claims@navient.com | May 10 2022 20:45:39 | Navient, Attn: Bankruptcy, Po Box 9640, Wilkes-Barre, PA 18773-9640 |
| 519139261 | | Email/PDF: pa_dc_ed@navient.com | May 10 2022 20:45:32 | Navient Solutions, LLC. On behalf of, Department of Education Loan Services, PO BOX 9635, Wilkes-Barre, PA 18773-9635 |
| 519126424 | + | Email/PDF: pa_dc_claims@navient.com | May 10 2022 20:45:38 | Naviet, Attn: Claims Dept, Po Box 9500, |

Case 21-11650-JKS    Doc 65    Filed 05/12/22    Entered 05/13/22 00:11:39    Desc Imaged
Certificate of Notice    Page 4 of 5

| District/off: 0312-2 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: May 10, 2022 | Form ID: 185 | Total Noticed: 56 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Wilkes-Barr, PA 18773-9500 |
| 519126426 | + | Email/Text: bcwrtoff@cablevision.com | May 10 2022 20:38:00 | Optimum, 99 Hawley Lane, Stratford, CT 06614-1202 |
| 519192444 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 10 2022 20:45:38 | Portfolio Recovery Associates, LLC, c/o Capital One Bank (usa), N.a., POB 41067, Norfolk VA 23541 |
| 519132429 | | Email/Text: bnc-quantum@quantum3group.com | May 10 2022 20:38:00 | Quantum3 Group LLC as agent for, MOMA Trust LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 519126428 | + | Email/PDF: gecsedi@recoverycorp.com | May 10 2022 20:45:36 | Syncb/PPC, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 519167875 | + | Email/PDF: gecsedi@recoverycorp.com | May 10 2022 20:45:31 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519127769 | + | Email/PDF: gecsedi@recoverycorp.com | May 10 2022 20:45:36 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519126429 | + | Email/PDF: gecsedi@recoverycorp.com | May 10 2022 20:45:31 | Synchrony Bank/PayPal Cr, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 519126430 | + | Email/PDF: gecsedi@recoverycorp.com | May 10 2022 20:45:36 | Synchrony Bank/TJX, Attn: Bankruptcy, Po Box 965064, Orlando, FL 32896-5064 |
| 519126431 | + | Email/Text: bncmail@w-legal.com | May 10 2022 20:37:00 | Target, Attn: Bankruptcy, Po Box 9475, Minneapolis, MN 55440-9475 |

TOTAL: 45

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519126423 | | Navient Solutions Inc |
| 519126432 | | TL Credit Management |
| cr | *+ | Synchrony Bank c/o PRA Receivables Management, LLC, PO BOX 41021, Norfolk, VA 23541-1021 |

TOTAL: 2 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 12, 2022     Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 10, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Alphonse DeSimone | on behalf of Debtor Kimberly Mitchell AlphonseD@comcast.net r46452@notify.bestcase.com |

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 4 of 4 |
| Date Rcvd: May 10, 2022 | Form ID: 185 | Total Noticed: 56 |

Denise E. Carlon
    on behalf of Creditor MIDFIRST BANK dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com

Marie-Ann Greenberg
    magecf@magtrustee.com

Rebecca Ann Solarz
    on behalf of Creditor MIDFIRST BANK rsolarz@kmllawgroup.com

Regina Cohen
    on behalf of Creditor Ally Capital rcohen@lavin-law.com  mmalone@lavin-law.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov


TOTAL: 6