Form plncf13 − ntccnfpln13v27

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 21−11650−JKS
Chapter: 13
Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Kimberly Mitchell
   30 Carrington Place
   Clifton, NJ 07013

Social Security No.:
   xxx−xx−1052

Employer's Tax I.D. No.:

**NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN**

NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on June 24, 2022.

Dated: June 24, 2022
JAN: zlh

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:  Case No. 21-11650-JKS
Kimberly Mitchell  Chapter 13
  Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2 | User: admin | Page 1 of 4
Date Rcvd: Jun 24, 2022 | Form ID: plncf13 | Total Noticed: 58

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 26, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Kimberly Mitchell, 30 Carrington Place, Clifton, NJ 07013-2659 |
| 519126401 | + | ADT Security Services, PO Box 371967, Pittsburgh, PA 15250-7967 |
| 519126402 | + | ADT Security Services, Inc., PO Box 96175, Las Vegas, NV 89193-6175 |
| 519186246 | + | Celentano Staudmauer & Walentowicz, PO Box 2594, Clifton, NJ 07015-2594 |
| 519186245 | + | Hackensack University Medical Center, 30 Prospect Avenue, Hackensack, NJ 07601-1915 |
| 519135066 | + | Law Office of Paul L. Marks, P.L.L.C., 299 North Plank Rd Ste 104, Newburgh, NY 12550-1787 |
| 519126421 | + | National Credit Mgmt, Attn: Bankruptcy, Po Box 32900, Saint Louis, MO 63132-8900 |
| 519126425 | + | New York University Dental School, 345 1st Avenue, New York, NY 10010-5611 |
| 519126427 |   | Public Service Electric & Gas, PO Box 14104, New Brunswick, NJ 08906 |
| 519135067 | + | Sanjeev Kaul, MD, Law Office of Paul L. Marks, P.L.L.C., 299 North Plank Rd Ste 104, Newburgh, NY 12550-1787 |
| 519186247 |   | Wilkin Association, PO Box 15410, Wilmington, DE 19850-5410 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jun 24 2022 20:36:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jun 24 2022 20:36:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | | Email/Text: ally@ebn.phinsolutions.com | Jun 24 2022 20:34:00 | Ally Capital, serviced by Ally Servicing LLC, PO Box 130424, Roseville, MN 55113-0004 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jun 24 2022 20:32:46 | Ally Capital, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519142319 | | Email/Text: GUARBKe-courtdocs@ascendiumeducation.org | Jun 24 2022 20:34:00 | Ascendium Education Solutions, Inc, PO Box 8961, Madison WI 53708-8961 |
| 519126403 | + | Email/Text: backoffice@affirm.com | Jun 24 2022 20:36:00 | Affirm Inc, Affirm Incorporated, Po Box 720, San Francisco, CA 94104-0720 |
| 519141619 | | Email/Text: ally@ebn.phinsolutions.com | Jun 24 2022 20:34:00 | Ally Capital, PO Box 130424, Roseville MN 55113-0004 |
| 519255474 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jun 24 2022 20:32:36 | Ally Capital, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 519126404 | + | Email/Text: ally@ebn.phinsolutions.com | Jun 24 2022 20:34:00 | Ally Financial, Attn: Bankruptcy, Po Box 380901, Bloomington, MN 55438-0901 |
| 519126405 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Jun 24 2022 20:35:00 | AmeriCredit/GM Financial, Attn: Bankruptcy, Po Box 183853, Arlington, TX 76096-3853 |
| 519130169 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 24 2022 20:42:54 | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC |

Case 21-11650-JKS    Doc 81    Filed 06/26/22    Entered 06/27/22 00:15:58    Desc Imaged
Certificate of Notice    Page 3 of 5

| District/off: 0312-2 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Jun 24, 2022 | Form ID: plncf13 | Total Noticed: 58 |

| | | | | |
|---|---|---|---|---|
| | | | | 29603-0587 |
| 519126406 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Jun 24 2022 20:34:00 | Bank of America, 4909 Savarese Circle, Fl1-908-01-50, Tampa, FL 33634-2413 |
| 519151040 | + | Email/Text: mortgagebkcorrespondence@bofa.com | Jun 24 2022 20:35:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 519126407 | + | Email/Text: BarclaysBankDelaware@tsico.com | Jun 24 2022 20:35:00 | Barclays Bank Delaware, Attn: Correspondence, Po Box 8801, Wilmington, DE 19899-8801 |
| 519126410 | + | Email/Text: ering@cbhv.com | Jun 24 2022 20:35:00 | CBHV, PO Box 831, Newburgh, NY 12551-0831 |
| 519126408 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 24 2022 20:32:41 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 519126409 | + | Email/PDF: acg.coaf.ebn@aisinfo.com | Jun 24 2022 20:42:57 | Capital One Auto Finance, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 519142255 | + | Email/PDF: ebn_ais@aisinfo.com | Jun 24 2022 20:32:47 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519126413 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jun 24 2022 20:35:00 | Comenity Bank/Overstock, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 519126414 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jun 24 2022 20:35:00 | Comenity Bank/Pier 1, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 519126415 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jun 24 2022 20:35:00 | Comenity Bank/Wayfair, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 519126412 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jun 24 2022 20:35:00 | Comenity bank/J Crew, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 519126416 | + | Email/PDF: creditonebknotifications@resurgent.com | Jun 24 2022 20:32:47 | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 519126417 | ^ | MEBN | Jun 24 2022 20:31:13 | Geico, One Geico Center, Macon, GA 31296-0001 |
| 519126418 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Jun 24 2022 20:35:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 519203471 | | Email/Text: JCAP_BNC_Notices@jcap.com | Jun 24 2022 20:36:00 | Jefferson Capital Systems, LLC, PO Box 7999, St Cloud, MN. 56302-9617 |
| 519126411 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jun 24 2022 20:32:44 | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850 |
| 519134817 | | Email/Text: legaldivision@kheaa.com | Jun 24 2022 20:35:00 | KHEAA, P.O. BOX 798, FRANKFORT KY 40602-0798 |
| 519130168 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 24 2022 20:32:41 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519186248 | + | Email/Text: micnjbd@gmail.com | Jun 24 2022 20:36:00 | Medical Imaging Center of North Jersey, 1111 Paulison Avenue, Clifton, NJ 07011-3600 |
| 519164102 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Jun 24 2022 20:32:34 | MidFirst Bank, 999 NorthWest Grand Boulevard, Oklahoma City, OK 73118-6051 |
| 519126419 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Jun 24 2022 20:32:34 | MidFirst Bank, PO Box26648, Oklahoma City, OK 73126-0648 |
| 519126420 | + | Email/Text: nsm_bk_notices@mrcooper.com | Jun 24 2022 20:35:00 | Mr. Cooper, Attn: Bankruptcy, 8950 Cypress Waters Blvd, Coppell, TX 75019-4620 |
| 519126422 | + | Email/PDF: pa_dc_claims@navient.com | Jun 24 2022 20:32:20 | Navient, Attn: Bankruptcy, Po Box 9640, Wilkes-Barre, PA 18773-9640 |
| 519139261 | | Email/PDF: pa_dc_ed@navient.com | Jun 24 2022 20:32:20 | Navient Solutions, LLC. On behalf of, Department of Education Loan Services, PO BOX 9635, Wilkes-Barre, PA 18773-9635 |
| 519126424 | + | Email/PDF: pa_dc_claims@navient.com | Jun 24 2022 20:32:46 | Naviet, Attn: Claims Dept, Po Box 9500, Wilkes-Barr, PA 18773-9500 |

Case 21-11650-JKS    Doc 81    Filed 06/26/22    Entered 06/27/22 00:15:58    Desc Imaged
Certificate of Notice    Page 4 of 5

| District/off: 0312-2 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Jun 24, 2022 | Form ID: plncf13 | Total Noticed: 58 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 519126426 | + | Email/Text: bcwrtoff@cablevision.com | Jun 24 2022 20:36:00 | Optimum, 99 Hawley Lane, Stratford, CT 06614-1202 |
| 519629134 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 24 2022 20:32:38 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 519629135 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 24 2022 20:32:37 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 519192444 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 24 2022 20:32:38 | Portfolio Recovery Associates, LLC, c/o Capital One Bank (usa), N.a., POB 41067, Norfolk VA 23541 |
| 519132429 | | Email/Text: bnc-quantum@quantum3group.com | Jun 24 2022 20:35:00 | Quantum3 Group LLC as agent for, MOMA Trust LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 519126428 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 24 2022 20:32:45 | Syncb/PPC, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 519167875 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 24 2022 20:32:44 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519127769 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 24 2022 20:32:07 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519126429 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 24 2022 20:32:07 | Synchrony Bank/PayPal Cr, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 519126430 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 24 2022 20:32:45 | Synchrony Bank/TJX, Attn: Bankruptcy, Po Box 965064, Orlando, FL 32896-5064 |
| 519126431 | + | Email/Text: bncmail@w-legal.com | Jun 24 2022 20:35:00 | Target, Attn: Bankruptcy, Po Box 9475, Minneapolis, MN 55440-9475 |

TOTAL: 47

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519126423 | | Navient Solutions Inc |
| 519126432 | | TL Credit Management |
| cr | *+ | Synchrony Bank c/o PRA Receivables Management, LLC, PO BOX 41021, Norfolk, VA 23541-1021 |

TOTAL: 2 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 26, 2022         Signature:       /s/Gustava Winters

District/off: 0312-2 | User: admin | Page 4 of 4
Date Rcvd: Jun 24, 2022 | Form ID: plncf13 | Total Noticed: 58

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 24, 2022 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Alphonse DeSimone | on behalf of Debtor Kimberly Mitchell AlphonseD@comcast.net r46452@notify.bestcase.com |
| Denise E. Carlon | on behalf of Creditor MIDFIRST BANK dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Rebecca Ann Solarz | on behalf of Creditor MIDFIRST BANK rsolarz@kmllawgroup.com |
| Regina Cohen | on behalf of Creditor Ally Capital rcohen@lavin-law.com mmalone@lavin-law.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 6