UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Alphonse De Simone, Esq.
290 Westville Avenue
West Caldwell, NJ 07006
Te. 973-785-3935
Attorney for Debtor
Attorney Id # 015131977

In Re:

Kimberly Mitchell

Case No.: __21-1650 JKS__

Judge: __JKS__

Chapter: 13

# CHAPTER 13 DEBTOR'S CERTIFICATION IN OPPOSITION

The debtor in this case opposes the following (choose one):

1. ☐ Motion for Relief from the Automatic Stay filed by _____, creditor,

   A hearing has been scheduled for _____, at _____.

   ☐ Motion to Dismiss filed by the Chapter 13 Trustee.

   A hearing has been scheduled for _____, at _____.

   ☒ Certification of Default filed by ____Trustee____,

   I am requesting a hearing be scheduled on this matter.

2. I oppose the above matter for the following reasons (choose one):

   ☒ Payments have been made in the amount of $ __1,866.00__, but have not been accounted for. Documentation in support is attached.

☒ Payments have not been made for the following reasons and debtor proposes repayment as follows **(explain your answer)**:
Unexpected home repair expenses. The only payment I am behind now is for July and this will be made with my next paycheck at the end of the month.

☐ Other **(explain your answer)**:

3. This certification is being made in an effort to resolve the issues raised in the certification of default or motion.

4. I certify under penalty of perjury that the above is true.

Date: 7/9/24

/s/ Kimberly Mitchell
Debtor's Signature

Date: _____

_____
Debtor's Signature

**NOTES:**

1. Under D.N.J. LBR 4001-1(b)(1), this form must be filed with the court and served on the Chapter 13 Trustee and creditor, if applicable not later than 7 days before the date of the hearing if filed in opposition to a Motion for Relief from the Automatic Stay or Chapter 13 Trustee's Motion to Dismiss.

2. Under D.N.J. 4001-1 (b)(2), this form must be filed with the court and served on the Chapter 13 Trustee and creditor, if applicable not later than 14 days after the filing of a Certification of Default.

*rev.8/1/15*



## All Transactions

**Name**  
Kimberly Mitchell

**Address**  
30 Carrington Place, Clifton, NJ, 07013

**Completed Transactions**  
48

**Paid via TFS**  
$38,106.00

| Date Started | Description | Case Number | Date Cleared | Date Arrived | Transaction ID | Amount | Status |
|---|---|---|---|---|---|---|---|
| July 03, 2024 | Monthly Plan Payment | 21-11650 | | | 16364456 | $933.00 | Pending |
| June 20, 2024 | Monthly Plan Payment | 21-11650 | June 26, 2024 | June 27, 2024 | 16263875 | $933.00 | |
| May 14, 2024 | Monthly Plan Payment | 21-11650 | May 20, 2024 | May 21, 2024 | 16011305 | $933.00 | |
| March 25, 2024 | Monthly Plan Payment | 21-11650 | March 29, 2024 | April 01, 2024 | 15660407 | $933.00 | |
| March 12, 2024 | Monthly Plan Payment | 21-11650 | March 18, 2024 | March 19, 2024 | 15580868 | $933.00 | |
| March 12, 2024 | Automatic Payment | N/A | March 18, 2024 | | 15580749 | $0.00 | |
| January 29, 2024 | Monthly Plan Payment | 21-11650 | | | 15273335 | $933.00 | Failed |
| January 26, 2024 | Monthly Plan Payment | 21-11650 | February 01, 2024 | February 02, 2024 | 15148638 | $933.00 | |
| December 29, 2023 | Monthly Plan Payment | 21-11650 | January 05, 2024 | January 08, 2024 | 15078508 | $933.00 | |
| November 22, 2023 | Monthly Plan Payment | 21-11650 | November 29, 2023 | November 30, 2023 | 14838089 | $933.00 | |
| October 31, 2023 | Monthly Plan Payment | 21-11650 | November 06, 2023 | November 07, 2023 | 14701347 | $933.00 | |
| September 05, 2023 | Monthly Plan Payment | 21-11650 | September 11, 2023 | September 12, 2023 | 14324292 | $933.00 | |
| July 26, 2023 | Monthly Plan Payment | 21-11650 | August 01, 2023 | August 02, 2023 | 14030563 | $933.00 | |
| June 30, 2023 | Monthly Plan Payment | 21-11650 | July 07, 2023 | July 10, 2023 | 13919094 | $933.00 | |
| May 30, 2023 | Monthly Plan Payment | 21-11650 | June 05, 2023 | June 06, 2023 | 13707252 | $933.00 | |
| April 25, 2023 | Monthly Plan Payment | 21-11650 | May 01, 2023 | May 02, 2023 | 13503062 | $933.00 | |
| March 24, 2023 | Monthly Plan Payment | 21-11650 | March 30, 2023 | March 31, 2023 | 13288917 | $933.00 | |