**Debtor's Response to Certification of Default (Pro Se)**

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

**In re:**
**KIMBERLY MITCHELL,**
Debtor

Case No.: **21-11650 (JKS)**
Chapter 13

### DEBTOR'S RESPONSE TO CERTIFICATION OF DEFAULT

I, **Kimberly Mitchell,** the Debtor in the above-captioned Chapter 13 case, respectfully submit this Response to the Certification of Default filed by the Chapter 13 Trustee.

1. The Debtor acknowledges that she fell behind plan payments due to a temporary cash-flow interruption.
2. The Debtor has acted promptly to address the default. A payment in the amount of $900 has been **initiated through the Trustee's payment system (TFS).**
3. The Debtor intends to **cure the remaining arrears in full no later than February 20, 2026**, and to resume regular monthly plan payments beginning **March 2026**, as required under the confirmed plan.
4. This case is in the **final year of the Chapter 13 plan**, with completion anticipated in **May 2026**.
5. The Debtor has paid approximately **$54,000** into the Chapter 13 plan to date and remains committed to completing the plan.

**WHEREFORE**, the Debtor respectfully requests that the Court **decline to dismiss** this case and allow the Debtor to complete the Chapter 13 plan upon cure of the arrears.

Respectfully submitted,

*Kimberly Mitchell*
**Kimberly Mitchell**
Debtor, Pro Se
**30 Carrington Pl.**
**Clifton, NJ 07013**
**Phone:** 973-951-4309
**Email:** mkym2547@aol.com

Date: **February 7, 2026**

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing **Debtor's Response to Certification of Default** was served by **U.S. Mail** on **February 7, 2026**, upon the following parties:

- **Marie-Ann Greenberg, Standing Trustee**
  30 Two Bridges Road
  Suite 330
  Fairfield, NJ 07004-1550

