**UNITED STATES BANKRUPTY COURT**
**DISTRICT OF NEW JERSEY**
**Marie-Ann Greenberg MAG-1284**
**Marie-Ann Greenberg, Standing Trustee**
**30 TWO BRIDGES ROAD**
**SUITE 330**
**FAIRFIELD, NJ  07004-1550**
**973-227-2840**
**Chapter 13 Standing Trustee**

**IN RE:**

**KIMBERLY MITCHELL,**

**Case No.:  21-11650 JKS**

**Debtor**

## NOTICE DEPOSITING UNCLAIMED FUNDS
## PURSUANT TO D.N.J. LBR 7067-1

   Marie-Ann Greenberg, Trustee in the above captioned matter, states that the entire amount in the Trustee's Account has been disbursed and that the following funds remain unclaimed.  The undersigned shall immediately forward a check to the Court in the amount of $18.25, payable to the Clerk, United States Bankruptcy Court.  The party entitled to said funds is listed below together with the last known address and other additional information .

Payee Name & Address:      PSE&G
                           ATTN: BANKRUPTCY DEPT.
                           PO BOX 709
                           NEWARK, NJ  07101

Amount:                    $18.25

Trustee Claim Number:      56

Court Claim Number:        19

Reason:                     Not Cashing

                                    By:   /S/  Marie-Ann Greenberg
Dated:  May 18, 2026                      MARIE-ANN GREENBERG
                                          CHAPTER 13 STANDING TRUSTEE