Certificate Number: 14912-NJ-DE-040957645

Bankruptcy Case Number: 21-11650



14912-NJ-DE-040957645

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>May 9, 2026</u>, at <u>10:08</u> o'clock <u>PM EDT</u>, <u>Kimbery Mitchell</u> completed a course on personal financial management given <u>by internet</u> by <u>001 Debtoredu LLC</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>District of New Jersey</u>.

Date: <u>May 9, 2026</u>          By:    /s/Jai Bhatt

Name:  Jai Bhatt

Title:  Counselor