UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:

Kimberly Mitchell

Case No.:     21-11650

Chapter:      13

Judge:        John K. Sherwood

## CERTIFICATION IN SUPPORT OF DISCHARGE

I, Kimberly Mitchell _____, debtor in this case, certify as
follows:

1. All payments required to be made by me under my plan have been made and are paid in full.

2. ☑ I am not required to pay domestic support obligations.

    ☐ I am required to pay domestic support obligations and I have paid all amounts payable under court order or statute that were due on or before the date of this certification.

I certify under penalty of perjury that the above is true.

Date: 6/30/26 _____

_____
Debtor's Signature
Kimberly Mitchell

**IMPORTANT:**

- **Each debtor in a joint case must file a separate Certification in Support of Discharge.**
- **A discharge will not be entered for a debtor who fails to file a <u>completed</u> Certification in Support of Discharge.**

*rev.8/1/18*

**Extremely Urgent**



Visit UPS.com

**Apply shipping documents on this si**

Window E—     pe

US BANKRUPTCY
US BANKRUPTCY COURT
50 WALNUT ST

NEWARK NJ 07102

P: M6     S: M6C6     I: 630

**6030 – 1062**     5854     1030

1ZXA4607075105    JUL 11 09:54:43 2026

HBZ9LKH    METRO4CLERK    ZD621R
US  0764    HIP 26.3.0

SHIP TO:
MARTIN LUTHER, JR. FEDERAL BUILDING
(973) 645-4764
U.S. BANKRUPTCY COURT-CLERKS OFFICE
50 WALNUT ST

NEWARK    NJ  07102-3551

KIMBERLY MITCHELL
(973) 951-4309
THE UPS STORE #6174
STE 2
650 E PALISADE AVE
ENGLEWOOD CLIFF NJ 07632-1823

SHP WT: LTR
DATE: 03 JUL 2026

0.2 LBS  LTR

UPS 2ND DAY AIR A.M.

TRACKING #:  1Z XA4 607 07 5105 5854

BILLING: P/P

NJ 076 9-02    2A

MMX2DHK7H3K8D  ISH 13.00C 2ZP 460 20.5U 05/2026

The UPS Store Smart Label

Tracking #

1ZXA4607075105 5854

UPS Next Day
UPS Worl'
UPS 2nd E
UPS Worldv

UPS Ground

International Shipping Notice — Carriage hereunder may be subject to the rules relating to liability and other terms and/or conditions established

For information about UPS's privacy practices or to opt out from the sale

you for more than 110 years
Parcel Service.®