**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Kimberly Mitchell | Social Security number or ITIN   xxx–xx–1052 |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _<br>EIN   _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court   District of New Jersey

Case number:   21–11650–JKS

## Order of Discharge

**12/18**

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Kimberly Mitchell

7/15/26

**By the court:** John K. Sherwood
United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

#### Creditors cannot collect discharged debts

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

#### Most debts are discharged

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

#### Some debts are not discharged

Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;

- ♦ debts for most student loans;

- ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

Form 3180W

**Chapter 13 Discharge**

page 1

♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

♦ debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

♦ some debts which the debtors did not properly list;

♦ debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

♦ debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

♦ debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

District of New Jersey

In re:

Kimberly Mitchell
    Debtor

Case No. 21-11650-JKS

Chapter 13

# CERTIFICATE OF NOTICE

| District/off: 0312-2 | User: admin | Page 1 of 4 |
|---|---|---|
| Date Rcvd: Jul 15, 2026 | Form ID: 3180W | Total Noticed: 63 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 17, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Kimberly Mitchell, 30 Carrington Place, Clifton, NJ 07013-2659 |
| 519126402 | + | ADT Security Services, Inc., PO Box 96175, Las Vegas, NV 89193-6175 |
| 519135066 | + | Law Office of Paul L. Marks, P.L.L.C., 299 North Plank Rd Ste 104, Newburgh, NY 12550-1787 |
| 519126425 | + | New York University Dental School, 345 1st Avenue, New York, NY 10010-5611 |
| 519126427 | | Public Service Electric & Gas, PO Box 14104, New Brunswick, NJ 08906 |
| 519135067 | + | Sanjeev Kaul, MD, Law Office of Paul L. Marks, P.L.L.C., 299 North Plank Rd Ste 104, Newburgh, NY 12550-1787 |
| 519186247 | | Wilkin Association, PO Box 15410, Wilmington, DE 19850-5410 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jul 15 2026 21:35:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jul 15 2026 21:35:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | | EDI: GMACFS.COM | Jul 16 2026 01:16:00 | Ally Capital, serviced by Ally Servicing LLC, PO Box 130424, Roseville, MN 55113-0004 |
| cr | + | EDI: AISACG.COM | Jul 16 2026 01:16:00 | Ally Capital, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519126401 | ^ | MEBN | Jul 15 2026 21:35:00 | ADT Security Services, PO Box 371967, Pittsburgh, PA 15250-7967 |
| 519126403 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Jul 15 2026 21:49:46 | Affirm Inc, Affirm Incorporated, Po Box 720, San Francisco, CA 94104-0720 |
| 519141619 | | EDI: GMACFS.COM | Jul 16 2026 01:16:00 | Ally Capital, PO Box 130424, Roseville MN 55113-0004 |
| 519255474 | + | EDI: AISACG.COM | Jul 16 2026 01:16:00 | Ally Capital, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 519126404 | + | EDI: GMACFS.COM | Jul 16 2026 01:16:00 | Ally Financial, Attn: Bankruptcy, Po Box 380901, Bloomington, MN 55438-0901 |
| 519126405 | + | EDI: PHINAMERI.COM | Jul 16 2026 01:16:00 | AmeriCredit/GM Financial, Attn: Bankruptcy, Po Box 183853, Arlington, TX 76096-3853 |
| 519142319 | | Email/Text: ECMCBKNotices@ecmc.org | Jul 15 2026 21:35:00 | Ascendium Education Solutions, Inc, PO Box 8961, Madison WI 53708-8961 |
| 519130169 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 15 2026 21:39:24 | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519126406 | + | EDI: BANKAMER | | |

District/off: 0312-2                          User: admin                                    Page 2 of 4

Date Rcvd: Jul 15, 2026                       Form ID: 3180W                                 Total Noticed: 63

| | | | |
|---|---|---|---|
| | | Jul 16 2026 01:16:00 | Bank of America, 4909 Savarese Circle, Fl1-908-01-50, Tampa, FL 33634-2413 |
| 519151040 | + EDI: BANKAMER2 | | |
| | | Jul 16 2026 01:16:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 519126407 | + EDI: TSYS2 | | |
| | | Jul 16 2026 01:16:00 | Barclays Bank Delaware, Attn: Correspondence, Po Box 8801, Wilmington, DE 19899-8801 |
| 519126410 | + Email/Text: esther@cbhv.com | | |
| | | Jul 15 2026 21:35:00 | CBHV, PO Box 831, Newburgh, NY 12551-0831 |
| 519126408 | + EDI: CAPITALONE.COM | | |
| | | Jul 16 2026 01:16:00 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 519126409 | + EDI: CAPONEAUTO.COM | | |
| | | Jul 16 2026 01:16:00 | Capital One Auto Finance, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 519142255 | + EDI: AIS.COM | | |
| | | Jul 16 2026 01:16:00 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519186246 | + Email/Text: dlewis@csandw-llp.com | | |
| | | Jul 15 2026 21:34:00 | Celentano Staudmauer & Walentowicz, PO Box 2594, Clifton, NJ 07015-2594 |
| 519126411 | + EDI: JPMORGANCHASE | | |
| | | Jul 16 2026 01:16:00 | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850-5298 |
| 519126413 | + EDI: WFNNB.COM | | |
| | | Jul 16 2026 01:16:00 | Comenity Bank/Overstock, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 519126414 | + EDI: WFNNB.COM | | |
| | | Jul 16 2026 01:16:00 | Comenity Bank/Pier 1, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 519126415 | + EDI: WFNNB.COM | | |
| | | Jul 16 2026 01:16:00 | Comenity Bank/Wayfair, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 519126412 | + EDI: WFNNB.COM | | |
| | | Jul 16 2026 01:16:00 | Comenity bank/J Crew, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 519126416 | + Email/PDF: creditonebknotifications@resurgent.com | | |
| | | Jul 15 2026 21:39:10 | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 521088062 | Email/Text: ECMCBKNotices@ecmc.org | | |
| | | Jul 15 2026 21:35:00 | ECMC, PO Box 16408, St. Paul, MN 55116-0408 |
| 521088063 | Email/Text: ECMCBKNotices@ecmc.org | | |
| | | Jul 15 2026 21:35:00 | ECMC, PO Box 16408, St. Paul, MN 55116-0408, ECMC, PO Box 16408, St. Paul, MN 55116-0408 |
| 519126417 | + Email/Text: argbsref@geico.com | | |
| | | Jul 15 2026 21:34:00 | Geico, One Geico Center, Macon, GA 31296-0001 |
| 519186245 | + Email/Text: HUMCBankruptcy@hmhn.org | | |
| | | Jul 15 2026 21:34:00 | Hackensack University Medical Center, 30 Prospect Avenue, Hackensack, NJ 07601-1915 |
| 519126418 | + EDI: IRS.COM | | |
| | | Jul 16 2026 01:16:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 519203471 | EDI: JEFFERSONCAP.COM | | |
| | | Jul 16 2026 01:16:00 | Jefferson Capital Systems, LLC, PO Box 7999, St Cloud, MN. 56302-9617 |
| 519134817 | Email/Text: legaldivision@kheaa.com | | |
| | | Jul 15 2026 21:34:00 | KHEAA, P.O. BOX 798, FRANKFORT KY 40602-0798 |
| 519807996 | + Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | Jul 15 2026 21:39:12 | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 519807997 | + Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | Jul 15 2026 21:39:23 | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603, LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 519130168 | Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | Jul 15 2026 21:39:11 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519186248 | + Email/Text: micnjbd@gmail.com | | |
| | | Jul 15 2026 21:35:00 | Medical Imaging Center of North Jersey, 1111 Paulison Avenue, Clifton, NJ 07011-3600 |
| 519164102 | + EDI: AISMIDFIRST | | |
| | | Jul 16 2026 01:16:00 | MidFirst Bank, 999 NorthWest Grand Boulevard, Oklahoma City, OK 73118-6051 |

| 519126419 | + EDI: AISMIDFIRST | Jul 16 2026 01:16:00 | MidFirst Bank, PO Box26648, Oklahoma City, OK 73126-0648 |
| 519126420 | + Email/Text: nsm_bk_notices@mrcooper.com | Jul 15 2026 21:34:00 | Mr. Cooper, Attn: Bankruptcy, 8950 Cypress Waters Blvd, Coppell, TX 75019-4620 |
| 519126421 | ^ MEBN | Jul 15 2026 21:33:49 | National Credit Mgmt, Attn: Bankruptcy, Po Box 32900, Saint Louis, MO 63132-8900 |
| 519126422 | + Email/PDF: Bankruptcy_Prod@mohela.com | Jul 15 2026 21:39:22 | Navient, Attn: Bankruptcy, Po Box 9640, Wilkes-Barre, PA 18773-9640 |
| 519139261 | EDI: MAXMSAIDV | Jul 16 2026 01:16:00 | Navient Solutions, LLC. On behalf of, Department of Education Loan Services, PO BOX 9635, Wilkes-Barre, PA 18773-9635 |
| 519126424 | + Email/PDF: Bankruptcy_Prod@mohela.com | Jul 15 2026 21:39:10 | Naviet, Attn: Claims Dept, Po Box 9500, Wilkes-Barr, PA 18773-9500 |
| 519126426 | + Email/Text: bcwrtoff@cablevision.com | Jul 15 2026 21:35:00 | Optimum, 99 Hawley Lane, Stratford, CT 06614-1202 |
| 519629134 | EDI: PRA.COM | Jul 16 2026 01:16:00 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 519629135 | EDI: PRA.COM | Jul 16 2026 01:16:00 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 519192444 | EDI: PRA.COM | Jul 16 2026 01:16:00 | Portfolio Recovery Associates, LLC, c/o Capital One Bank (usa), N.a., POB 41067, Norfolk VA 23541 |
| 521073187 | ^ MEBN | Jul 15 2026 21:34:18 | PSE&G, Attn: Bankruptcy Dept., PO Box 709, Newark, NJ 07101-0709 |
| 519132429 | EDI: Q3G.COM | Jul 16 2026 01:16:00 | Quantum3 Group LLC as agent for, MOMA Trust LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 519126428 | + EDI: SYNC | Jul 16 2026 01:16:00 | Syncb/PPC, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 519167875 | + EDI: PRA.COM | Jul 16 2026 01:16:00 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519127769 | + EDI: PRA.COM | Jul 16 2026 01:16:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519126429 | + EDI: SYNC | Jul 16 2026 01:16:00 | Synchrony Bank/PayPal Cr, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 519126430 | + EDI: SYNC | Jul 16 2026 01:16:00 | Synchrony Bank/TJX, Attn: Bankruptcy, Po Box 965064, Orlando, FL 32896-5064 |
| 519126431 | + EDI: WTRRNBANK.COM | Jul 16 2026 01:16:00 | Target, Attn: Bankruptcy, Po Box 9475, Minneapolis, MN 55440-9475 |

TOTAL: 56

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| 519126423 | | Navient Solutions Inc |
| 519126432 | | TL Credit Management |
| cr | *+ | Synchrony Bank c/o PRA Receivables Management, LLC, PO BOX 41021, Norfolk, VA 23541-1021 |
| 521218812 | *+ | PSE&G, Attn: Bankruptcy Dept., PO Box 709, Newark, NJ 07101-0709 |

TOTAL: 2 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

District/off: 0312-2    User: admin    Page 4 of 4
Date Rcvd: Jul 15, 2026    Form ID: 3180W    Total Noticed: 63

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 17, 2026    Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 15, 2026 at the address(es) listed below:**

**Name**    **Email Address**

Alphonse DeSimone
on behalf of Debtor Kimberly Mitchell AlphonseD@comcast.net  r46452@notify.bestcase.com

Marie-Ann Greenberg
magecf@magtrustee.com

Matthew K. Fissel
on behalf of Creditor MIDFIRST BANK bkgroup@kmllawgroup.com  matthew.fissel@brockandscott.com

Regina Cohen
on behalf of Creditor Ally Capital rcohen@lavin-law.com

U.S. Trustee
USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 5